```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13238
   MONICA V DAVIS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0508


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/17/06 and confirmed on 12/20/06.

   2.  The case was dismissed after confirmation, 08/24/2007.

   3.  The Debtor paid a total of $   1581.10 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 1221.22 | .00 | .00 |
| ADVENTIST HEALTH PARTNER | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4944.92 | .00 | .00 |
| LARRY J MEYER | UNSECURED | 50000.00 | .00 | .00 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1505.91 | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS GROVE LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE HOUSING AUTHORITY | UNSECURED | NOT FILED | .00 | .00 |
| ED PACETTI | UNSECURED | NOT FILED | .00 | .00 |
| GLEN ELLYN LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| GREATER SUBURBAN ACCEPT | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| LARAMOR FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| MEDCO FINANCIAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST PEDIATRIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NAPERVILLE PUBLIC LIBRAR | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| PLAINFIELD SCHOOL DISTRI | UNSECURED | NOT FILED | .00 | .00 |
| PLATATION BILLING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RISCUITY | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
SILVERLEAF RESORT INC      UNSECURED       NOT FILED              .00           .00
T MOBILE USA               UNSECURED       NOT FILED              .00           .00
TCF BANK                   UNSECURED       NOT FILED              .00           .00
TIMBER RIDGE               UNSECURED       NOT FILED              .00           .00
US BANK                    UNSECURED          752.51              .00           .00
WOLPOFF & ABARAMSON        UNSECURED       NOT FILED              .00           .00
WOMENS WORKOUT WORLD       UNSECURED       NOT FILED              .00           .00
GREGORY K STERN PC         UNSECURED             .00              .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED        65909.69              .00           .00
ILLINOIS DEPT REVENUE      PRIORITY           49.12               .00           .00
ILLINOIS DEPT REVENUE      UNSECURED          30.00               .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                         SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00      1270.34    123143.03         .00      124413.37
PRINCIPAL PAID               .00          .00          .00         .00            .00
INTEREST PAID                .00          .00          .00         .00            .00
TOTAL PAID                   .00          .00          .00         .00            .00
```

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3000.00
and was paid $     376.00   direct and $   1505.77  through the plan.

The Trustee received $       75.33 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                                PAGE   2
             CASE NO. 06 B 13238 MONICA V DAVIS